**Opinion issued August 31, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00242-CR

————————————

**PETRINA KEPPARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from 443rd District Court**
**Ellis County, Texas**
**Trial Court Case No. 46666CR**

---

## MEMORANDUM OPINION

Appellant Petrina Keppard has neither established indigence for purposes of court costs nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 37.3(a), (b). On May 5, 2023, we notified Appellant that her appeal could be dismissed for want of prosecution if the

clerk's record was not filed. We directed Appellant to submit written evidence from the trial court clerk by June 5, 2023, reflecting she paid, or made arrangements to pay, the fee for preparing the clerk's record. To date, Appellant has not responded and the clerk's record has not been filed.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b)-(c), 43.2(f); *see also Thomas v. State*, No. 01-15-00380-CR, 2015 WL 6081785, at *1 (Tex. App.—Houston [1st Dist.] Oct. 15, 2015) (per curiam) (mem. op.) (dismissing criminal appeal for want of prosecution based on Appellant's failure to pay for clerk's record). All pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra.

Do not publish. TEX. R. APP. P. 47.2 (b).